# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GLOBAL INDUSTRIAL SUPPLIES, INC.  §  Case No. 17-19205-TAB
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 26, 2017. The undersigned trustee was appointed on June 26, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     61,344.38

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 493.09 |
| Bank service fees | 1,322.02 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 59,529.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/24/2017 and the deadline for filing governmental claims was 12/26/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,317.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,317.22, for a total compensation of $6,317.22.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.70, for total expenses of $7.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/24/2018      By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-19205-TAB  
**Case Name:** GLOBAL INDUSTRIAL SUPPLIES, INC.

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/26/17 (f)  
**§341(a) Meeting Date:** 07/20/17

**Period Ending:** 12/24/18

**Claims Bar Date:** 10/24/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at First Midwest Bank, xxxxxx16 | 30,000.00 | 30,000.00 | | 48,545.06 | FA |
| 2 | Thomas M. Hawrysz, GC America, 3737 W. 127th St. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $170,000.<br>Imported from original petition Doc# 1 | 85,000.00 | 85,000.00 | | 7,686.83 | FA |
| 4 | Trade name, good will and web address.<br>Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | Customer lists. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6 | Toyota Life Truck. | 450.00 | 450.00 | | 0.00 | FA |
| 7 | Various items of machinery, fixtures and office | 5,000.00 | 5,000.00 | | 4,056.64 | FA |
| 8 | Other inventory or supplies: Inventory, Net Book | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9 | Minco Sales Corp. | 0.00 | 0.00 | | 368.65 | FA |
| 10 | Fork Lift | 0.00 | 0.00 | | 200.00 | FA |
| 11 | Hartford insurance (u) | 487.20 | 487.20 | | 487.20 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$143,937.20** | **$143,937.20** | | **$61,344.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FEE APPLICATION FOR COUNSEL.

    FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):** June 30, 2018      **Current Projected Date Of Final Report (TFR):** June 30, 2019

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |   |   |
|---|---|---|---|
| **Case Number:** | 17-19205-TAB | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** | GLOBAL INDUSTRIAL SUPPLIES, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******6066 - Checking Account |
| **Taxpayer ID #:** | **-***3717 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/24/18 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/07/17 | {1} | FIRST MIDWEST BANK | TURNOVER OF DEBTOR BANK ACCOUNT FUNDS | 1129-000 | 42,305.94 | | 42,305.94 |
| 07/07/17 | {3} | GAFFNEY-KROESE ELECTRICAL SUPPLY CORP. | ACCOUNTS RECEIVABLE PROCEEDS | 1121-000 | 2,193.00 | | 44,498.94 |
| 07/12/17 | 101 | Liberty Mutual Insurance | Policy account number 300589350 Policy # BZW57039576 | 2420-750 | | 442.50 | 44,056.44 |
| 07/14/17 | {1} | First Midwest Bank | Turn over funds | 1129-000 | 2,168.75 | | 46,225.19 |
| 07/21/17 | {3} | Gaffney Kroese Electrical Supply Corp. | Invoice 394510 dated 5/1/17 P.O. 408677 doc 654209 | 1121-000 | 143.00 | | 46,368.19 |
| 07/21/17 | {3} | Gaffney Kroese Electrical Suppy Corp. | Invoice 394230 dated 5/10/17 P.O. 408210 doc 655353 | 1121-000 | 450.00 | | 46,818.19 |
| 07/21/17 | {3} | Tectrad, Inc. | ref 393720 dated 5/26/17 | 1121-000 | 3,567.75 | | 50,385.94 |
| 07/21/17 | 102 | Apollo Messenger Service, Inc. | Invoice 148055 dated 7/15/17 Job # 411480 | 2990-000 | | 62.00 | 50,323.94 |
| 07/25/17 | 103 | ComEd | Account # 0080085098 dated 7/11/17 | 2420-000 | | 136.77 | 50,187.17 |
| 07/27/17 | {7} | First Midwest Bank | ACCOUNTS RECEIVABLE | 1129-000 | 4,056.64 | | 54,243.81 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.65 | 54,201.16 |
| 08/01/17 | {3} | Oceanex Services International, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 16.70 | | 54,217.86 |
| 08/07/17 | {3} | RLJ ENTERPRISES INC. DBA GENESIS VII INC. | REFERENCE #111193750 | 1121-000 | 623.12 | | 54,840.98 |
| 08/16/17 | 104 | Keyway Lock & Security | Invoice 0000218979 dated 7/3/17 cust. # 0002655 | 2420-000 | | 145.00 | 54,695.98 |
| 08/31/17 | {9} | Minco Sales Corp. | Invoice 393940 dated 3/19/17 | 1121-000 | 368.65 | | 55,064.63 |
| 08/31/17 | | Liberty Mutual Insurances | Refund of Premium cancellation | 2420-750 | | -313.00 | 55,377.63 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.40 | 55,291.23 |
| 09/07/17 | {3} | W.W. Grainger | ACCOUNTS RECEIVABLE | 1121-000 | 83.01 | | 55,374.24 |
| 09/13/17 | {1} | First Midwest Bank | Turner funds from bank accout | 1129-000 | 4,070.37 | | 59,444.61 |
| 09/27/17 | {10} | GC Manufacturing America LLC | Purchase of Folk | 1129-000 | 200.00 | | 59,644.61 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.72 | 59,564.89 |
| 10/16/17 | {11} | Hartford Insurance | Refund of insurance | 1229-000 | 487.20 | | 60,052.09 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.71 | 59,960.38 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.24 | 59,874.14 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.24 | 59,790.90 |
| 01/24/18 | {3} | Rodney D. Tow, Trustee | ACCOUNTS RECEIVABLE | 1121-000 | 49.69 | | 59,840.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.61 | 59,745.98 |
| 02/12/18 | 105 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/12/2018 FOR CASE #17-19205, Blanket Bond #016073584 for 2/1/8 - 2/1/19 | 2300-000 | | 19.82 | 59,726.16 |
| | | | Subtotals : | | $60,783.82 | $1,057.66 | |

{} Asset reference(s)

Printed: 12/24/2018 11:21 AM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-19205-TAB  
**Case Name:** GLOBAL INDUSTRIAL SUPPLIES, INC.  
**Taxpayer ID #:** **-***3717  
**Period Ending:** 12/24/18  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/18 | {3} | Total Waste Solutions | ACCOUNTS RECEIVABLE | 1121-000 | 356.38 | | 60,082.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.42 | 60,002.12 |
| 03/06/18 | {3} | Tampa Ship, LLC | ACCOUNTS RECEIVABLE | 1121-000 | 34.25 | | 60,036.37 |
| 03/06/18 | | Tampa Ship LLC | ACCOUNTS RECEIVABLE | 1121-000 | 34.25 | | 60,070.62 |
| 03/06/18 | | Tampa Ship LLC | Reversed Deposit Adj. 9  ACCOUNTS RECEIVABLE | 1121-000 | -34.25 | | 60,036.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.34 | 59,950.03 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.35 | 59,866.68 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.72 | 59,771.96 |
| 06/01/18 | {3} | Pumping Solutions | ACCOUNTS RECEIVABLE invoice bill # 112423560 | 1121-000 | 169.93 | | 59,941.89 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.31 | 59,858.58 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.83 | 59,766.75 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.83 | 59,677.92 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.78 | 59,632.14 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.91 | 59,578.23 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.96 | 59,529.27 |
| | | | **ACCOUNT TOTALS** | | 61,344.38 | 1,815.11 | **$59,529.27** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 61,344.38 | 1,815.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,344.38** | **$1,815.11** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6066** | 61,344.38 | 1,815.11 | 59,529.27 |
| | **$61,344.38** | **$1,815.11** | **$59,529.27** |

{} Asset reference(s)

Printed: 12/24/2018 11:21 AM    V.14.14

# Claims Register

## Case: 17-19205-TAB   GLOBAL INDUSTRIAL SUPPLIES, INC.

Claims Bar Date: 10/24/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD. STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>06/26/17 | | $6,317.22<br>$6,317.22 | $0.00 | $6,317.22 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD. STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>06/26/17 | | $7.70<br>$7.70 | $0.00 | $7.70 |
| | SPRINGER BROWN LLC<br>WHEATON OFFICE CENTER<br>300 S. COUNTY FARM ROAD - SUITE I<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>06/26/17 | HIRED 10-11-2017 - SEE DKT. #11. | $6,564.50<br>$6,564.50 | $0.00 | $6,564.50 |
| | SPRINGER BROWN LLC<br>WHEATON OFFICE CENTER<br>300 S. COUNTY FARM ROAD - SUITE I<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>06/26/17 | | $9.70<br>$9.70 | $0.00 | $9.70 |
| 1 | Foxy Manufacturing, Inc.<br>POB 1031<br>Poplar Bluff, MO 63902<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/08/17 | | $857.00<br>$857.00 | $0.00 | $857.00 |
| 2 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton, CT 06484<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/16/17 | | $1,131.90<br>$1,131.90 | $0.00 | $1,131.90 |
| 3 | Black & Decker (US) Inc<br>701 E. Joppa RD MY005<br>Towson, MD 21286<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/25/17 | | $1,846.43<br>$1,846.43 | $0.00 | $1,846.43 |
| 4 | Leaf Capital Funding, LLC<br>Leaf, c/o Legal Dept<br>2005 Market St., 14th Floor<br>Philadelphia, PA 19103<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/11/17 | | $1,676.59<br>$1,676.59 | $0.00 | $1,676.59 |
| 5 | Wright Tool<br>One Wright Dr. PO Box 512<br>Barberton, OH 44203<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/11/17 | | $1,068.36<br>$1,068.36 | $0.00 | $1,068.36 |

# Claims Register

## Case: 17-19205-TAB   GLOBAL INDUSTRIAL SUPPLIES, INC.

Claims Bar Date:  10/24/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Hatfield and Company, Inc.<br>2475 Discovery Blvd<br>Rockwall, TX 75032<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/25/17 | | $16,744.36<br>$16,744.36 | $0.00 | $16,744.36 |
| 7 | BASCO<br>2595 Palmer Avenue<br>University Park, IL 60484-4105<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/17/17 | | $1,765.78<br>$1,765.78 | $0.00 | $1,765.78 |
| 8 | Cotton Goods Manufacturing Company<br>259 N. California<br>Chicago, IL 60612<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/24/17 | | $1,852.00<br>$1,852.00 | $0.00 | $1,852.00 |
| PAE | Pacific Architects and Design, LLC<br>c/o Daniel J. Winter<br>53 . Jackson Blvd., Ste. 718<br>Chicago, IL 60604<br><7100-00   General Unsecured § 726(a)(2)>,  600 | Unsecured<br>06/26/17 | Pursuant to Order entered in adveresay case #18-00274 on September 25 ,2018. | $21,496.16<br>$21,496.16 | $0.00 | $21,496.16 |
| | | | **Case Total:** | | **$0.00** | **$61,337.70** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                       Exhibit D

Case No.: 17-19205-TAB
Case Name: GLOBAL INDUSTRIAL SUPPLIES, INC.
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**                                    $       59,529.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                        $     59,529.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 6,317.22 | 0.00 | 6,317.22 |
| Trustee, Expenses - ALEX D. MOGLIA | 7.70 | 0.00 | 7.70 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 6,564.50 | 0.00 | 6,564.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 9.70 | 0.00 | 9.70 |

Total to be paid for chapter 7 administration expenses:   $     12,899.12
Remaining balance:                                        $     46,630.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $     46,630.15

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 46,630.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,438.58 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Foxy Manufacturing, Inc. | 857.00 | 0.00 | 799.49 |
| 2 | Pitney Bowes Inc | 1,131.90 | 0.00 | 1,055.92 |
| 3 | Black & Decker (US) Inc | 1,846.43 | 0.00 | 1,722.49 |
| 4 | Leaf Capital Funding, LLC | 1,676.59 | 0.00 | 1,564.05 |
| 5 | Wright Tool | 1,068.36 | 0.00 | 996.65 |
| 6 | Hatfield and Company, Inc. | 16,744.36 | 0.00 | 15,620.44 |
| 7 | BASCO | 1,765.78 | 0.00 | 1,647.26 |
| 8 | Cotton Goods Manufacturing Company | 1,852.00 | 0.00 | 1,727.69 |
| PAE | Pacific Architects and Design, LLC | 21,496.16 | 0.00 | 21,496.16 |

Total to be paid for timely general unsecured claims: $ 46,630.15
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00