UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **GLOBAL INDUSTRIAL SUPPLIES, INC.** ) | Bankruptcy Case No. 17-19205 TAB |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 25, 2019, I served by ECF notice or prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF NOTICE**
Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604

DAVID P LLOYD
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525

SPRINGER BROWN LLC
WHEATON OFFICE CENTER
300 S. COUNTY FARM ROAD - SUITE I
WHEATON, IL 60187

**VIA REGULAR MAIL**
    GLOBAL INDUSTRIAL SUPPLIES, INC.
    3808 W. 128TH STREET
    ALSIP, IL 60803-1536


    Foxy Manufacturing, Inc.
    POB 1031
    Poplar Bluff, MO 63902

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484

Black & Decker (US) Inc
701 E. Joppa RD MY005
Towson, MD 21286

Leaf Capital Funding, LLC
Leaf, c/o Legal Dept
2005 Market St., 14th Floor
Philadelphia, PA 19103

Wright Tool
One Wright Dr. PO Box 512
Barberton, OH 44203

Hatfield and Company, Inc.
2475 Discovery Blvd
Rockwall, TX 75032

BASCO
2595 Palmer Avenue
University Park, IL 60484-4105

Cotton Goods Manufacturing Company
259 N. California
Chicago, IL 60612

Pacific Architects and Design, LLC
c/o Daniel J. Winter
53 . Jackson Blvd., Ste. 718
Chicago, IL 60604

/s/ ALEX D. MOGLIA
Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188